UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                   :

ABDUL MOQEM MOHAMMADI,            :

                     Petitioner,       :

                                     :            25-CV-10016 (JMF)

      -v-                       :

                                     :           <u>TRANSFER ORDER</u>

LADEON FRANCIS et al.,             :

                    Respondents.     :

                                   :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record during today's teleconference, and in light of the Stipulation and Order of Transfer of Venue filed by the parties, ECF No. 7, it is hereby ORDERED, on consent, that this case is transferred to the United States District Court for the District of New Jersey.  It is further ORDERED, on consent, that Respondents shall not remove Petitioner from the United States or transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey unless and until the transferee court orders otherwise. Counsel for Respondents shall immediately notify their counterparts in the transferee district of this case and share copies of this Order and all other Orders entered in the case to date.

      The Clerk of Court is directed to transfer the action to the United States District Court for the District of New Jersey immediately and notwithstanding Local Rule 83.1 and then to close the case in this Court.

      SO ORDERED.

Dated: December 5, 2025
      New York, New York

                                         JESSE M. FURMAN
                                         United States District Judge